NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-327

XAVIER TIMOTHY

VERSUS

SAFEWAY INSURANCE COMPANY
OF LOUISIANA, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 206,502
HONORABLE GEORGE C. METOYER  JR., DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Keith Michael Borne
Borne, Wilkes & Brady
P. O. Box 4305
Lafayette, LA  70502-4305
(337) 232-1604
Counsel for Defendant/Appellant:
    Safeway Insurance Company of Louisiana

Edward Larvadain, Jr.
Attorney at Law
626 Eighth St.
Alexandria, LA  71301
(318) 445-6717
Counsel for Plaintiff/Appellee:
    Xavier Timothy